## CHICAGO & NORTH WESTERN RAILWAY CO. ET AL. *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL.

No. 751. Decided January 24, 1966.*

*Jordan Jay Hillman, Bryce L. Hamilton* and *John C. Danielson* for appellants in No. 751. *Robert W. Ginnane* and *Leonard S. Goodman* for appellant in No. 752.

*Eldon Martin, Robert J. Cooney, Frank S. Farrell, Robert G. Gehrz, William P. Higgins, Curtis H. Berg, John H. Bishop, Louis E. Torinus, Jr.,* and *Paul M. Sand* for appellees in both cases.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of these cases.

---

*Together with No. 752, *Interstate Commerce Commission* v. *Chicago, Burlington & Quincy Railroad Co. et al.,* also on appeal from the same court.